

199 WATER STREET   NEW YORK, N.Y.  10038   TEL: 212-577-3530   FAX: 212-509-8433   www.legal-aid.org

Steven Banks
*Attorney-in-Chief*

*Prisoners' Rights Project*
John Boston
*Project Director*

<u>BY FAX</u>

May 5, 2005

Alice Cama
Chambers of Hon. Charles L. Brieant
United States Courthouse, Room 275
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Rosario, et al. v. DOCS, et al.* (03 Civ. 0859) (CLB)(LMS)

Dear Ms. Cama:

I write to confirm that a status conference in the above-captioned case has been scheduled for May 20, 2005 at 9:00am.

Very truly yours,

Betsy Ginsberg
Staff Attorney